UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STONECREST MANAGERS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> LISA K. SCHREFFLER and CITIGROUP, INC., AS SUCCESSOR-IN-INTEREST TO ARGENT MORTGAGE COMPANY, LLC, <br><br> *Defendants*. | No. 22-cv-11167-PGL |

## DENIAL OF MOTION FOR RECONSIDERATION
## OF ORDER ON APPEAL BOND

LEVENSON, U.S.M.J.

      Defendant Lisa K. Schreffler has filed a motion (Docket No. 147) for reconsideration of my Order (Docket No. 146),[1] which allowed in part and denied in part Plaintiff's motion to require Defendant to post an appeal bond.

      In seeking reconsideration, Defendant reiterates the same arguments she previously advanced in her Rule 60(b) motion. Docket No. 134. I reject those arguments for the reasons set forth in my written order of September 2, 2025 (Docket No. 137), which denied Defendant's 60(b) motion.

---

[1] I have docketed a corrected version of my order (Docket No. 146), which emends two instances in which I inadvertently transposed "Plaintiff" and "Defendant."

2

Notably, Defendant's motion for reconsideration of the bond order contains no suggestion that the *amount* of the required bond ($5,000) is unduly burdensome. Nor does Defendant provide any financial information to suggest that requiring a $5,000 bond poses a financial hardship.

Accordingly, Defendant's motion for reconsideration of the Court's order on appeal bond is DENIED.

/s/ Paul G. Levenson
Paul G. Levenson
U.S. MAGISTRATE JUDGE

Dated: December 5, 2025